**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



March 2, 2015

Received via e-mail 6/8/15

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-003554 and Court of Appeals number 03-15-00260-CV, styled, MARCELINO GIL V RISSIE OWENS is due in your office June 9, 2015. This office has not received payment for this record as of June 8, 2015. Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |